IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LAKEYSIA WILSON, | * |
| Plaintiff, | * |
| vs. | *   No. 4:15CV00466 SWW |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES, | * |
| Defendant. | * |

## Judgment

Pursuant to the Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 15th day of December, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE