IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LAKEYSIA WILSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00466-SWW |
| | * | |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| HUMAN SERVICES, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is

Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 30th day of August 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE